FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2007 AUG 29 PM 12: 39
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR407-169 |
| | ) | |
| CRYSTAL GARY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Counsel in the above-captioned case have advised the Court that all pretrial motions have been complied with and/or that all matters raised in the parties' motions have been resolved by agreement. Therefore, all pretrial motions are hereby moot, and a hearing in this case is deemed unnecessary.

SO ORDERED, this 29th day of August, 2007.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA